LYNN HUBBARD, III (SBN 69773)
SCOTTLYNN J. HUBBARD, IV (SBN 212970)
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244
lynn@hubslaw.com

Attorney for Plaintiff,
BRYON CHAPMAN


KATHLEEN E. FINNERTY (SBN 157638)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
finnertyk@gtlaw.com

Attorneys for Defendant,
SYCAMORE PARTNERS, LLC


# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON CHAPMAN,<br><br>        Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION dba<br>STARBUCKS COFFEE #5740;<br>SYCAMORE PARTNERS, LLC,<br><br>        Defendants. | CASE NO.:  2:09-CV-02526-GEB-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE REBUTTAL EXPERT DISCLOSURE AS TO DEFENDANT SYCAMORE PARTNERS, LLC** |

Plaintiff, BRYON CHAPMAN ("Plaintiff") and Defendant, SYCAMORE

PARTNERS, LLC ("SYCAMORE"), by and through their respective counsel, hereby

jointly stipulate and request that the Court grant a continuance of the <u>rebuttal expert</u>

<u>witness disclosure deadline</u> (June 21, 2010) for SYCAMORE based on the following

good cause:

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE REBUTTAL EXPERT DISCLOSURE as to
DEFENDANT SYCAMORE PARTNERS, LLC

SAC 441,737,187v3 6-21-10

1.     Plaintiff filed his action seeking renovations to the STARBUCKS in Woodland, California to improve disabled access, as well as seeking damages and attorney's fees, litigation expenses, and costs.

2.     SYCAMORE has informally provided Plaintiff with photographs of the accessible parking spaces, signage and access aisle immediately in front of the STARBUCKS in question.  Plaintiff has reviewed the photographs and responded with various concerns, and SYCAMORE is diligently working with Plaintiff's counsel to address these concerns.

3.     While the parties have been cooperating in good faith to resolve this matter, the rebuttal exchange date currently looms at June 21, 2010.   Forcing SYCAMORE to have its rebuttal expert finalize his opinions and issue a report at this time would significantly increase the cost of the case without increasing the likelihood of settlement, which the parties anticipate conducting in the absence of formal discovery procedures.

4.     The parties therefore jointly request that the Court grant a continuance of the  rebuttal expert witness disclosure deadline from June 21, 2010 to July 31, 2010 for SYCAMORE to allow the parties an opportunity to negotiate resolution of Plaintiff's claims before launching into full discovery and motion practice.

5.     A continuance of SYCAMORE'S rebuttal expert witness disclosure will not affect any of the other deadlines in this case as the discovery cut-off is not until October 20, 2010, and the last day to hear motions is December 20, 2010.  Trial of this matter is not until May 17, 2011.

**IT IS HEREBY STIPULATED** as follows:

1.     That the rebuttal expert witness disclosure deadline be moved from June 21, 2010 to July 31, 2010 as to SYCAMORE.  All other previously scheduled dates in this matter are to remain unchanged, except as to the outstanding written discovery deadlines which are also extended to July 31, 2010.

/ / /

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE REBUTTAL EXPERT DISCLOSURE as to
DEFENDANT SYCAMORE PARTNERS, LLC

SAC 441,737,187v3 6-21-10

1    **SO STIPULATED:**

2    DATED:  June 21, 2010                    DISABLED ADVOCACY GROUP, APLC

3

4                                             By: /s/: Lynn Hubbard, III (as authorized on 6/21/10)
                                                   LYNN HUBBARD, III
5                                                  SCOTTLYNN J. HUBBARD, IV
                                                   Attorney for Plaintiff
6                                                  BRYON CHAPMAN

7

8    DATED:  June 17 2010                        GREENBERG TRAURIG, LLP

9

10                                            By:/s/ Kathleen E. Finnerty
                                                 KATHLEEN E. FINNERTY
11                                               Attorney for Defendant
                                                 SYCAMORE PARTNERS, LLC
12

13

14
                                            **ORDER**
15
             **IT IS SO ORDERED.**
16
             The rebuttal expert witness disclosure date as to SYCAMORE is continued to
17
     July 31, 2010, and all remaining pretrial and trial dates in this matter are unchanged.
18

19
     DATED:  June 22, 2010
20                                          GARLAND E. BURRELL, JR.
                                            United States District Judge
21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE REBUTTAL EXPERT DISCLOSURE as to
DEFENDANT SYCAMORE PARTNERS, LLC
SAC 441,737,187v3 6-21-10